UNITED STATES, Appellee

v

ARMAND A. FRIBORG, Private E-2, U. S. Army, Appellant

8 USCMA 515, 25 CMR 19

No. 10,348

Decided December 20, 1957

*Colonel Edward M. O'Connell* and *First Lieutenant David N. Gorman* were on the brief for Appellant, Accused.

*Major Thomas J. Nichols* was on the brief for Appellee, United States.

Opinion of the Court

PER CURIAM:

The issue in this case is the same as that in United States v Allen, 8 USCMA 504, 25 CMR 8. However, the facts are materially different. The accused was charged with two specifications of larceny. A stipulation, which was received in evidence in conjunction with the accused's plea of guilty, shows circumstances substantially less aggravat-

**515**

ing in nature than the facts set out in the statements of the witnesses during the pretrial investigation. The record of previous convictions shows that these offenses were committed within a few days of the accused's wrongful appropriation of a military vehicle and the making of a false official statement. Finally, the law officer instructed the court-martial that it could consider the plea of guilty itself "as a matter in extenuation and mitigation."

We conclude from these facts that the accused and his counsel decided advisedly to make no statement and to take a chance on the sentence. We therefore affirm the decision of the board of review.